IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00260-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL KENNETH COX,<br>CHRISTOPHER C. WORTH,<br><br>    Defendants. | ORDER |

This matter comes before the court on Defendant Michael Cox's motion seeking (1) review of his detention order and (2) pretrial release under certain conditions [DE 34]. Defendant seeks this court's de novo review of a detention order issued by the Honorable James E. Gates on September 6, 2023. DE 28.

Pursuant to 18 U.S.C. § 3145(b), the court will hear this motion on Tuesday, October 3, 2023, at 10:00 a.m., in Courtroom 160, 1003 South 17th Street, Wilmington, North Carolina, 28401.

SO ORDERED this 22d day of September, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE