**SUMMARY OF EVENT:**

On February 10, 2021, ATF Resident Agent in Charge (RAC) Shawn Stallo and ATF TFO Jennifer Matherly conducted an interview of ███. ███ is the mother of two of ███ children.

**NARRATIVE:**

1. ███ was familiar with former Wayne County Sheriff's Lieutenant Michael COX. ███ first encountered COX after COX arrested ███ children's father ███ and ███ for trafficking cocaine. On June 24, 2016, ███ telephoned ███ and told her to leave their residence with ███ cocaine. ███ complied and was subsequently arrested in a vehicle stop. ███ added that in addition to Michael COX, Wayne County Sheriff's Deputies Chris Worth and ███ were also present when ███ was arrested.

2. COX told ███ how he had laid in a field near ███ house and watched ███ before arresting ███. COX explained that he had his wife come bring him food so he could keep constant watch over ███ residence. COX told ███ that COX knew ███ had called ███ and told her to take off with the drugs. COX told ███ that COX would have the charges dismissed against her if she would have sex with him.

3. ███ denied ever having sex with COX. ███ stated that she did take money to COX on two occasions for ███. ███ believed delivering the money kept her from having to have sex with COX. On one occasion, ███ took COX "three bands" (three thousand dollars) and on the second occasion, ███ took COX more money but could not remember the amount. It should be noted that according to NCIC ███ trafficking cocaine charges were dismissed on December 12, 2019.

4. ███ knew that ███ had something worked out with COX as well. ███ lived in Goldsboro and was out on charges of Murder. COX told ███ that ███ had been caught on camera shooting a man. COX also told ███ that COX had had sex with the mother of ███ children, ███ COX told ███ that ███ vaginal area smelled.

| Prepared by: Shawn M. Stallo | Title: Resident Agent in Charge, Wilmington, NC Field Office | Signature: | Date: |
| Authorized by: Shawn M. Stallo | Title: Resident Agent in Charge, Wilmington, NC Field Office | Signature: | Date: |
| Second level reviewer (optional): Vincent C. Pallozzi | Title: Special Agent in Charge, Charlotte Field Division | Signature: | Date: |

5. COX told ▓▓▓ that ▓▓▓, and ▓▓▓ all worked for him. COX would tell her and ▓▓▓ who was caught with what and who was working with the police as a confidential informant.

6. The last time ▓▓▓ met with COX was in 2020 when ▓▓▓ took her car to COX'S auto shop for some new tires. COX told her that no one talks to him anymore (referring to law enforcement) because they think he is with ▓▓▓ knew that ▓▓▓ had questioned COX about the relationship with ▓▓▓ and was not dealing with COX any longer.

7. Whenever ▓▓▓ would go to meet COX for ▓▓▓ would go to COX'S shop. COX would have he pull around to the back where there was a building beside of the shop and then ▓▓▓ would go inside a garage. COX would have ▓▓▓ do that because there were always police officers hanging out at the shop and COX did not want them to see her.

8. ▓▓▓ did run errands for ▓▓▓ like take money to COX. ▓▓▓ did not tell ▓▓▓ exactly what ▓▓▓ was doing for COX, only that ▓▓▓ was working so the cases would be dismissed.

9. COX did get ▓▓▓ to work on getting ▓▓▓ bond lowered after his arrest, but ▓▓▓ paid ▓▓▓ ook two thousand dollars ($2000.00) to ▓▓▓ and another two thousand dollars ($2000.00) to one of ▓▓▓ partners to represent ▓▓▓. When the feds picked up ▓▓▓ case, ▓▓▓ said he could not represent ▓▓▓. COX recommended another attorney for the federal case. ▓▓▓ did not recall that attorney's name but did remember that the attorney had to get off of ▓▓▓ case because there was some sort of conflict. COX was also the one that turned ▓▓▓ over to ▓▓▓.

10. COX always talked to ▓▓▓ about sexual things and wanted ▓▓▓ to do sexual things with him, but ▓▓▓ was too scared to do it. ▓▓▓ would tell COX he would set something up but never did. COX did send ▓▓▓ a picture of his penis after ▓▓▓ had been egging COX on text messages. COX sent several pictures th ▓▓▓ knew where not of him. The picture ▓▓▓ believed was COX was saved on ▓▓▓ cell phone.

11. COX told ▓▓▓ during the last time ▓▓▓ saw COX that cops from the Goldsboro Police Department had come to COX and offered COX money to talk about ▓▓▓.

12. ▓▓▓ had heard that COX was dirty before ever dealing with him. COX could catch any body, and nobody knew how COX was getting the information he had.

13. ▓▓▓ was someone that COX also got off on charges ▓▓▓ explained that COX would only engage with defendants that deal in large amounts of cocaine. COX also does pills himself.

14. COX also delt with ▓▓▓ as the female that got caught with ▓▓▓ drugs. ▓▓▓ was not sure if COX had an agreement with ▓▓▓ but ▓▓▓ felt that ▓▓▓ baby father, ▓▓▓, would know and would tell ▓▓▓ to talk to the police.

15. ▓▓▓

16. RAC Stallo has reviewed this ROI and finds it to be an accurate account of the interview.