
**SUMMARY OF EVENT:**
Interview with Michael Cox, W/M/DOB ███████████████ Goldsboro, North Carolina ████

**NARRATIVE:**

1. On Wednesday, July 10, 2019 at approximately 3:30 pm, Task Force Officer (TFO) J. L. Matherly, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) interviewed Michael COX. COX was interviewed concerning the events on the evening of February 20, 2019.

2. COX is retired from the Wayne County Sheriff's Office. The Sheriff's Office still holds COX's certification, but COX has not worked any hours for the Sheriff's Office. COX has not completed the required in-service for the year and was not sure if he was going to let his certification lapse or if he was going to move his certification to a police department so he could do the in-service on-line.

3. COX stated that on the evening of February 20, 2019, COX was at home watching the UNC versus Duke basketball game. ███████████, another friend (NUN), and COX's daughter were watching the game with him.

4. COX received a Face Time call from ███████████. That was the first and only time ███████ has ever Face Timed COX. COX knew ███████ because COX had arrested ███████ and ███████ was an informant for COX after that arrest. COX stated that they talked a lot by telephone since COX left the Sheriff's Office, but this was the first Face Time call.

5. ███████ contacted COX to get an update on the game. ███████ told COX that the game was blacked out where he was and he wanted to know how the game was going. COX did not know what time the call was made, but stated that it lasted approximately two to three minutes.

6. A short time later, COX received a Snap Chat from Goldsboro Police Officer ███████. ███████ told COX about the shooting that that they were looking for HOWELL. COX also learned that the person shot was an informant for ███████ who was a narcotics officer at the Wayne County Sheriff's Office.

7. COX called ███████ and ███████ said "Your informant shot my informant". ███████ stated that his

| Prepared by: Jennifer L. Matherly | Title: Task Force Officer, Wilmington, NC Field Office | Signature: Jenny L Matherly | Date: 7/19/19 |
| Authorized by: Shawn M. Stallo | Title: Resident Agent in Charge, Wilmington, NC Field Office | Signature: | Date: 8-1-19 |
| Second level reviewer (optional): Vincent C. Pallozzi | Title: Special Agent in Charge, Charlotte Field Division | Signature: | Date: |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

Case 5:23-cr-00260-M-RN   Document 36-2   Filed 10/02/23   Page 1 of 2   Exh 2.

informant named ▓▓▓ as the person that shot him. COX told ▓▓▓ that that did not sound like something ▓▓▓ would do.

8. COX estimated that there was approximately forty-five (45) minutes between the shooting and the Face Time call from ▓▓▓.

9. COX asked ▓▓▓ about the shooting and ▓▓▓ denied being the shooter. ▓▓▓ told COX that ▓▓▓ did the shooting because the guy that was shot owed ▓▓▓ for a couch.

10. ▓▓▓ also showed COX messages on Facebook Messenger in which the victim in the shooting asked ▓▓▓ for money to make the case go away. ▓▓▓ stated that he started receiving these messages after ▓▓▓ was released from custody on charges related to the shooting.

11. COX did not hear from ▓▓▓ for about three months after the shooting. One day and new phone number showed up on COX phone and when he answered it ▓▓▓ was on the other end. ▓▓▓ said that was his new number.

12. COX stated that he also recently received calls from ▓▓▓ after he was locked up in Duplin County. ▓▓▓ called COX to see if COX could find out if the federal government was going to get him out to work off his charges. COX stated that he took two calls from ▓▓▓. HOWELL gave ▓▓▓ COX's number. COX did not take any additional calls from ▓▓▓ because he did not have any information for ▓▓▓ and did not want him to waste his minutes calling COX. COX did make some calls to find out about the situation with ▓▓▓ but no one would answer his calls.

13. COX stated that he retired in November of 2018 and it was an early retirement. COX was still considered part-time with the Wayne County Sheriff's Office but was not actively working any cases.

14. COX stated that his view on informants was different that others he had worked with. Other officers seemed to take everything too personal. COX treated his informants like human beings. COX did not like what they did to make a living but did not feel the need to personally dislike them. COX believed that despite how ▓▓▓ makes his money ▓▓▓ was a good man.