**SUMMARY OF EVENT:** On 03/12/2021 Special Agent Brad Wojtylak, along with Task Force Officer Jennifer Matherly, Bureau of Alcohol, Tobacco, Firearms and Explosives conducted controlled phone calls utilizing a cooperating defendant.

**NARRATIVE:**

1. On 03/12/2021 Special Agent Brad Wojtylak, along with Task Force Officer Jennifer Matherly, Bureau of Alcohol, Tobacco, Firearms and Explosives conducted a controlled phone call to Michael COX utilizing a cooperating defendant. These phone calls were conducted in the Pitt County Detention Center and were recorded by TFO Matherly.

2. SA Wojtylak provided cooperating defendant ▓▓▓▓ with an undercover cellular telephone. SA Wojtylak instructed ▓▓▓▓ to call Michael COX and attempt to discuss criminal activities they had engaged in together. ▓▓▓▓ placed the call to his girlfriend, ▓▓▓▓ and asked her to call COX using a 3 way phone call. ▓▓▓▓ phone number is ▓▓▓▓. COX did not answer this call. ▓▓▓▓ then called his father and asked him to go to COX'S shop and attempt to make contact with COX to advise him to answer his phone when ▓▓▓▓ calls.

3. ▓▓▓▓ father complied with ▓▓▓▓ request and went to COX'S shop. Upon finding COX, ▓▓▓▓ father handed COX his cell phone and ▓▓▓▓ spoke with COX. The following is a summary of the conversation and not a full transcript.

4. COX asked ▓▓▓▓ about his sentencing and how much time he was looking at. COX also told ▓▓▓▓ that ▓▓▓▓ had sent him a message about tires but he didn't respond to her. COX stated that he didn't respond to her because ▓▓▓▓ told COX he was no longer involved with her. COX referred to ▓▓▓▓ as his "main man" during this part of the conversation.

5. COX and ▓▓▓▓ discussed other pending charges against ▓▓▓▓. COX told ▓▓▓▓ that he could not do anything to help him in regards to the charges stemming for "the other thing on the highway". COX also made reference to other charges from an incident separate from "the highway". COX told ▓▓▓▓ that "they can't do nothing with that mess without me and I aint never going back up there."

| Prepared by: Brad M. Wojtylak | Title: Special Agent, Wilmington, NC Field Office | Signature: | Date: 3/23/21 |
|---|---|---|---|
| Authorized by: Shawn M. Stallo | Title: Resident Agent in Charge, Wilmington, NC Field Office | Signature: | Date: 3-29-21 |
| Second level reviewer (optional): Vincent C. Pallozzi | Title: Special Agent in Charge, Charlotte Field Division | Signature: | Date: |

6. COX then told ▮▮▮ that law enforcement was targeting the person who informed on "▮▮▮". COX also stated that Goldsboro Police is targeting ▮▮▮ because "▮▮▮" found a tracker on his vehicle. This is in reference to ▮▮▮. COX also stated that he told ▮▮▮ that he would not have returned the tracker to the Goldsboro police and he would have instructed them to pick it up at his lawyers' office.

7. COX stated that ▮▮▮ can call him directly on COX'S cell phone. COX mentioned that his ex-wife is trying to get another $120,000 from him in their divorce. COX stated he had to hire a new attorney because his previous attorney "broke one off in my ass" ▮▮▮ "has 5 knuckles looking for his ass".

Attachment(s): 1. Recording of telephone calls.