IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00260-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL KENNETH COX,<br>CHRISTOPHER C. WORTH,<br><br>    Defendants. | ORDER |

This matter comes before the court on the parties' joint motion to expedite Defendant Cox's arraignment [DE 54]. For good cause shown, the motion is GRANTED. Defendant Cox's arraignment is rescheduled to the March 26, 2024 term of court.

The court has determined that the ends of justice served by granting the motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting the motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 7th day of March, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE